Jesse T. Friday, St. Louis, Mo., and E. J. Doerner, Tulsa, Okl., for appellees.

PER CURIAM.

Order of District Court set aside, rescinded and for naught held, and cause remanded to said District Court with directions to enter new order, on stipulation of parties.

**Jewell Soffar FOWLER, Appellant, v. UNITED STATES of America.**

**No. 14870.**

United States Court of Appeals
Eighth Circuit.
July 21, 1953.

J. R. Wilson, El Dorado, Ark., for appellant.

J. Edward Williams, Little Rock, Ark., Acting Asst. Atty. Gen., Roger P. Marquis, Attorney, Department of Justice, Edmund B. Clark, Attorney, Department of Justice, Washington, D. C., and James T. Gooch, U. S. Atty., Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of parties in this Court, on motion of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. AMERICAN WASTE MATERIAL CORPORATION.**

**No. 14857.**

United States Court of Appeals
Eighth Circuit.
July 1, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board,

Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

White, White & White, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. HUSSMANN AIRCRAFT DIVISION OF HUSSMANN REFRIGERATOR COMPANY.**

**No. 14862.**

United States Court of Appeals
Eighth Circuit.
July 6, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. HUSSMANN AIRCRAFT DIVISION OF HUSSMANN REFRIGERATOR COMPANY.**

**No. 14863.**

United States Court of Appeals
Eighth Circuit.
July 6, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL ASSOCIATION OF MACHINISTS, A. F. L., DISTRICT NO. 9, LOCAL 41.**

No. 14860.

United States Court of Appeals Eighth Circuit.

July 6, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL ASSOCIATION OF MACHINISTS, A.F.L., DISTRICT NO. 9.**

No. 14861.

United States Court of Appeals Eighth Circuit.

July 6, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.